IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DERRICK THOMAS,                          :
                                         :
        Plaintiff,                       :
                                         :
vs.                                      :   CIVIL ACTION 13-0552-WS-M
                                         :
ADAM GLASS, et al.,                      :
                                         :
        Defendants.                      :


ORDER


After due and proper consideration of the issues raised,
and there having been no objections filed, the Recommendation of
the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is
**ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED**
without prejudice for failure to prosecute and to obey the
Court's Order.

DONE this 25th day of June, 2014.



                        s/WILLIAM H. STEELE
                        CHIEF UNITED STATES DISTRICT JUDGE