IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DERRICK THOMAS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 13-0552-WS-M |
| ADAM GLASS, et al., | : | |
| Defendants. | : | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby DISMISSED without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 25th day of June, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE